Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LETITIA YOUNG**                                                   CV 09-744-KI

        Plaintiff,

        v.                                                ORDER FOR EAJA
                                                                  ATTORNEY FEES

**MICHAEL J. ASTRUE**
Commissioner of Social Security,

        Defendant.

_____

       Based upon the stipulation of the parties, it is hereby ORDERED that

Plaintiff is awarded attorney fees in the amount of $3,546.22  Subject to

any offset allowed under the Treasury Offset Program, as discussed in Astrue

v. Ratliff, _ U.S. _ (2010), payment of this award shall be made via check

sent to Alan Graf's address: Alan Stuart Graf, PC, PO Box 98, 316 Second Rd.,

Summertown, TN 38483

       It is so ORDERED

       Dated this _25th_ day of 2010

                                   /s/ Garr M. King_____
                                   United States District Judge

Prepared as to form

/s/ Alan Graf_____
Attorney for Plaintiff

ORDER FOR EAJA FEES-1