Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LETITIA YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | CV 09-744-KI<br><br>ORDER GRANTING<br>ATTORNEYS' FEES UNDER<br>42 U.S.C. § 406(b) |

    Attorneys' fees in the amount of $13,453.27 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the amount of $3,546.22 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorneys, the Commissioner is directed to subtract the amount previously awarded under the EAJA and send Plaintiff's attorney the balance of $9,907.25 minus any applicable processing fees as allowed by statute.

    DATED this ___ day of _____, 2011

                                                                                                                                                                                     _____
                                                                                                                                                                                    United States District Judge

Presented by:

 /s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES